No. 292. Bivins *v.* Gulf Oil Corp. C. A. 5th Cir. Certiorari denied. The Chief Justice and Mr. Justice Black are of the opinion certiorari should be granted. *Philip S. Kouri* for petitioner. *William L. Kerr* for respondent.

No. 205. Schenley Industries, Inc., *v.* Lind. The motion of the respondent for leave to proceed *in forma pauperis* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *John Milton, Jr.* for petitioner. *Irving J. Soloway* for respondent.

No. 227. Pauling et al. *v.* McElroy, Secretary of Defense, et al. The motion to substitute Robert E. Wilson and Loren K. Olson in the place of H. S. Vance and John F. Floberg as parties respondent is granted. The motion to substitute Thomas E. Gates in the place of Neil H. McElroy as a party respondent is granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Francis Heisler, Charles A. Stewart, A. L. Wirin* and *Fred Okrand* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *John G. Laughlin, Jr.* for respondents.

No. 159. Revell, Inc., et al. *v.* Riddell, District Director of Internal Revenue, et al. The motion of Albert H. Allen for leave to file brief, as *amicus curiae,* is denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *George T. Altman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Helen A. Buckley* for respondents.